UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LAREDO TEXAS HOSPITAL COMPANY, LP § d/b/a LAREDO MEDICAL CENTER § § *Plaintiff*, § § v. § § GERARDO RAMOS, § ADIRA HEALTH, LLC, and § ADIRA PHYSICIAN PARTNERS, PLLC § § *Defendants*. § | Case No. 5:22-cv-103 |

**PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF**

Plaintiff, Laredo Texas Hospital Company, LP d/b/a Laredo Medical Center ("Laredo Medical Center" or "Plaintiff"), files this Complaint for Injunctive and Other Relief against Defendant Gerardo Ramos ("Ramos"), Defendant Adira Health, LLC ("Adira Health"), and Adira Physician Partners, PLLC ("Adira Physician Partners") (collectively the "Defendants"), and alleges as follows:

### I.   INTRODUCTION

1. Laredo Medical Center brings this action to seek damages from and to enjoin its former employee, Ramos, and his new business ventures, Adira Health and Adira Physician Partners, from violating Ramos's contractual commitments to Laredo Medical Center. Ramos, who worked for Laredo Medical Center as its Chief Operating Officer ("COO") and had access to Laredo Medical Center's highly confidential information, agreed not to compete against Laredo Medical Center for one year following the end of his employment. Ramos, along with Adira Health and Adira Physician Partners, violated the non-competition covenant by opening a

competing primary care health center less than half miles away from Laredo Medical Center. Accordingly, Laredo Medical Center files this Complaint seeking injunctive relief to enjoin Defendants from their continued unlawful conduct and for monetary damages.

## II.     PARTIES

2. Laredo Medical Center is a limited partnership organized under Texas law.

3. Laredo Medical Center is comprised of two partners: (i) Webb Hospital Corporation, a corporation organized under Delaware law with its principal place of business located at 4000 Meridian Blvd., Franklin, TN 37067, and (ii) Webb Hospital Holdings, LLC, a limited liability company organized under Delaware law with its principal place of business located at 4000 Meridian Blvd., Franklin, TN 37067.

4. Webb Hospital Holdings, LLC is wholly owned by Webb Hospital Corporation, a corporation organized under Delaware law with its principal place of business located at 4000 Meridian Blvd., Franklin, TN 37067.

5. Based on the foregoing, Laredo Medical Center is a citizen of Delaware and Tennessee.

6. Defendant Ramos is an individual who resides at 6820 Springfield Avenue, Building H, Unit 91, Laredo, TX 78041, and is a citizen of Texas.

7. Defendant Adira Health is a limited liability company organized under Texas law and it is a citizen of Texas.  Its principal place of business is located at 6999 McPherson Rd., Suite 108, Laredo TX 78041.  Adira Health is comprised of one member, Defendant Ramos, who resides at 6820 Springfield Avenue, Building H, Unit 91, Laredo, TX 78041, and is a citizen of Texas.

8. Defendant Adira Physician Partners is a professional limited liability company organized under Texas law and is a citizen of Texas.  Its principal place of business at 6999

McPherson Rd., Suite 108, Laredo TX 78041. Adira Physician Partners is comprised of one member, Dr. Victor Burgos, who resides at 10055 Tulare Lane, Fort Worth, TX 76177, and is a citizen of Texas.

### III.    JURISDICTION AND VENUE

9.      This Court has jurisdiction over this action under 28 U.S.C. § 1332, as the parties are completely diverse in citizenship.  Laredo Medical Center's damages are in excess of $75,000 exclusive of interest and costs.

10.     This Court has personal jurisdiction over all Defendants and venue is proper under 28 U.S.C. § 1391 in the United States District Court for the Southern District of Texas as a substantial part of the events giving rise to the claims occurred in this District.  Also, Defendant Ramos resides in the District.

### IV.    STATEMENT OF FACTS

**A.     Introduction.**

11.     Laredo Medical Center is Laredo's largest hospital with a 326-bed licensed acute care facility offering a range of inpatient and outpatient services.

12.     Regional Employee Assistance Program d/b/a Laredo Physician Associates is an affiliate of Laredo Medical Center that provides medical care in a variety of different specialties, which includes primary care services.  Laredo Physician Associates has locations throughout Laredo, including, but not limited to Primary Care Associates of Laredo North located at 7210 McPherson Rd., Suite 220, Laredo, TX 78041 and Primary Care Associates of Laredo South, 4151 Jaime Zapata Highway, Suite 205, Laredo, TX 78045.

13. Defendant Ramos was an executive level employee of Laredo Medical Center until his recent voluntary resignation. At the time of his resignation, Ramos was the COO of Laredo Medical Center.

14. In 2021, at the outset of Ramos's promotion to COO, Ramos agreed, in writing, that during and for a period of one year after his employment with Laredo Medical Center, Ramos would not directly or indirectly compete with Laredo Medical Center or its affiliates by, among other things, working for a competing business within a 50-mile radius of Laredo Medical Center (the "Restricted Area").

15. In 2022, Ramos signed a second agreement which contained a two-year noncompetition provision, prohibiting him from competing with Laredo Medical Center or its affiliates within the Restricted Area for two years after the end of his employment. As COO, Ramos was responsible for the operations of Laredo Medical Center and its affiliated primary care clinics, including its Market Strategic Plan, and had access to, received, and acquired detailed knowledge concerning Laredo Medical Center's confidential information. Laredo Medical Center provided this information to Ramos cautiously and selectively because of the high value and confidential nature of the information.

16. Ramos further agreed that during his employment he would work solely for the benefit of Laredo Medical Center and that he would not enter into any kind of relationship with any entity providing the same or similar services as Laredo Medical Center within the Restricted Area because he learned of non-public and proprietary information such as business plans, contracts, marketing, finances, pricing and compensation of Laredo Medical Center and its affiliated entities in his role as COO.

17. In addition, Ramos agreed that he had an obligation that if a business interest presented itself that might impair his duty of loyalty to inform that business interest of his duties and obligations to Laredo Medical Center and immediately report to Laredo Medical Center such arrangement. Ramos owed the same duty to Laredo Medical Center under principles of common law.

18. Ramos ended his employment with Laredo Medical Center on June 30, 2022.

19. Laredo Medical Center was recently informed that Ramos is the founder and CEO of Adira Health.

20. Laredo Medical Center was also informed that Ramos, Adira Health, and Adira Physician Partners opened a primary care health center, located at 6999 McPherson Rd., Suite 108, Laredo TX 78041 ("Adira Health Center"), which is **less than a half mile away** from Primary Care Associates of Laredo North, as further displayed below, and only approximately three (3) miles away from Laredo Medical Center. As a result, Ramos has violated his non-compete obligations.[1]

---

[1] While all or some of Defendant Ramos's conduct is unlawful and a breach of his duty of loyalty to Laredo Medical Center, Laredo Medical Center only seeks injunctive relief related to Ramos's non-competition covenant, and separately seeks to recover damages against Ramos and his co-Defendants for the breaches of contract and related causes of action and conduct.



21. Upon information and belief, Adira Health Center has opened its doors and started providing primary care services on October 3, 2022.

22. Indeed, Ramos posted on Adira Health's LinkedIn page recently that Adira Health was ready to launch its "first ADIRA Health Center in South Texas on October 3rd" that would provide "primary care/preventive medicine …"



23. And more recently, Ramos announced in post on his personal LinkedIn page that Adira Health's primary care health center located at 6999 McPherson Rd., Suite 108, Laredo TX 78041 is now open. Ramos emphasized in his post Adira Health's "approach to primary care …"



24. In another post on Ramos's personal LinkedIn page, he again advertised the opening of Adira Health's primary care health center and its approach to providing primary care services.



25. Because Ramos is now working for Adira Health in the Restricted Area in the same or similar operations role he held for Laredo Medical Center and/or Laredo Physician Associates, he is clearly in violation of his non-compete obligations. Ramos has or will inevitably use or improperly disclose Laredo Medical Center and/or its affiliate's confidential information, divert patients away from Laredo Medical Center and its affiliates, and/or otherwise create imminent and irreparable harm to Laredo Medical Center. As a result, Laredo Medical Center is seeking

injunctive relief, including a temporary injunction and a permanent injunction as to Ramos to enforce the non-competition covenant.

26. Unless this Court issues injunctive relief, Laredo Medical Center will be irreparably damaged by Ramos's conduct.

**B.  Laredo Medical Center's business operations.**

27. Laredo Medical Center operates a hospital and affiliated primary care clinics that provide medical services in various specialties. Laredo Medical Center provides its employees with a variety of confidential and proprietary information used in the operation of its business, included, but not limited to certain business accounts, financial information, marketing information, provider lists, fees schedules, compensation data, vendor prices lists, third-party payer payment rates, provider contact information, and other records and legally protectable information, which are owned exclusively by Laredo Medical Center and/or its affiliates, and which is not known to the public and was not known by its employees prior to the provision of such information to them by Laredo Medical Center ("Confidential Information"). Additionally, Laredo Medical Center provides its employees with access to its goodwill, including, but not limited to, providing employees the opportunity to work with, and develop and establish professional relationships with their network of hospitals and facilities, providers, patients, vendors, and industry contacts, the revelation to a third party of which would damage the practice, goodwill, and competitive position of Laredo Medical Center ("Goodwill").

28. Laredo Medical Center takes the protection of its Confidential Information and Goodwill, which are crucial to its success, seriously. Laredo Medical Center has developed this information over many years with substantial investment time, effort and money. The information provides Laredo Medical Center an advantage over is competitors, and Laredo Medical Center

does not share this information with its competitors or otherwise publicly disclose it. Indeed, Ramos has the ability to take the Confidential Information and Goodwill previously imparted upon him as an employee of Laredo Medical Center and use that knowledge to divert Laredo Medical Center's business and/or patient relationships to a competitor.

29. Because of the Confidential Information and Goodwill imparted to employees, Laredo Medical Center seeks to protect such information by, among other things, requiring its employees to execute agreements which contain restrictive covenants limiting the employee's ability to compete with Laredo Medical Center for a certain time period after the end of their employment.

**C.   Defendant Ramos's relationship with Laredo Medical Center and his access to its Confidential Information.**

30. On March 16, 2021, Laredo Medical Center and Ramos entered into an Incentive Compensation Plan and Long Term Cash Incentive Plan Award Agreement attached hereto as **Exhibit A** (the "2021 Agreement").

31. On May 12, 2022, Laredo Medical Center and Ramos entered into another Incentive Compensation Plan and Long Term Cash Incentive Plan Award Agreement attached hereto as **Exhibit B** (the "2022 Agreement").

32. As COO of Laredo Medical Center, Ramos was responsible for the operations of Laredo Medical Center and its affiliated primary care clinics, including its Market Strategic Plan, and had access to, received, and acquired detailed knowledge concerning Laredo Medical Center's Confidential Information. Laredo Medical Center provided this information to Ramos cautiously and selectively because of the high value and confidential nature of the information.

33. If a competitor was to come into possession of Laredo Medical Center's Confidential Information, the competitive advantages to it would be enormous and the competitive

damage to Laredo Medical Center irreparable. First, the competitor would have access to this valuable information without having to incur the costs to develop the information. Second, the competitor could use the information to immediately compete with Laredo Medical Center rather than having to wait through the development phase. Third, the competitor would have access – at no cost – to the information and strategic tools Laredo Medical Center has developed to compete. Fourth, the competitor would have access to Laredo Medical Center's financial information and strategies, which would provide it a significant and improper advantage in competing against Laredo Medical Center.

34. In exchange for Laredo Medical Center's provision of Confidential Information and Goodwill, among other things, Ramos executed the 2021 and the 2022 Agreement.

35. The 2022 Agreement provides that, during the Restricted Period (two (2)) years following employment), Ramos will not enter into any kind of relationship with any entity providing the same or similar services as Laredo Medical Center within the Restricted Area. *Id.*, p. 2-3.

**D.    Ramos's employment ends and he breaches (and continues to breach) the Agreement.**

36. On June 30, 2022, Ramos voluntarily resigned from his employment as COO with Laredo Medical Center.

37. Prior to his resignation, and as recently as May 13, 2022, Ramos, along with Laredo Medical Center's CEO Jorge Leal, prepared and presented the Market Strategic Plan for Laredo Medical Center and Laredo Physician Associates. The Market Strategic Plan is Confidential Information which is not subject to public disclosure.

38. A key component of the Market Strategic Plan is the primary care physician market in Laredo and surrounding areas, including areas for growth and opportunities, new practices site opportunities, and recruitment strategies.

39. Laredo Medical Center recently became aware that Ramos was working as the CEO and co-founder of Adira Health.

40. Adira Health was formed on May 16, 2022, while Ramos was still employed with Laredo Medical Center.

41. Adira Health is a primary care services management company based in Laredo, TX.

42. Adira Health's marketing material, like the Market Strategic Plan for Laredo Medical Center and Laredo Physician Associates, focuses on its goal of being the leader in the Laredo market for primary care and even references Laredo Medical Center as an example of health care facilities whose primary growth strategy is through primary care.

43. On October 3, 2022, Adira Health and Adira Physician Partners opened its first location, focusing on primary care services, less than a half mile from Primary Care Associates of Laredo North, and within the Restricted Area.

44. As a result, Ramos's employment with Adira Health constitutes a breach of the Agreement. Moreover, Adira Health's and Adira Physician Partners' conduct is similarly unlawful, given its intentional and tortious interference with the Agreement.

45. Upon information and belief, Ramos has disclosed and used, or inevitably will disclose and use, Laredo Medical Center's Confidential Information to give Adira Health an unfair advantage over Laredo Medical Center and to divert or improperly solicit Laredo Medical Center's patients, employees and affiliated health care providers. Because Ramos's work with Adira Health is similar to, if not the same as, the work he performed at Laredo Medical Center, it is highly probable if not inevitable that he is using and will continue to use Laredo Medical Center's confidential, proprietary information and trade secrets to benefit himself and Adira Health.

46. Defendants' unlawful actions threaten to cause Laredo Medical Center immediate, incalculable, and irreparable harm. Specifically, because Ramos's intent to work for a direct competitor of Laredo Medical Center, Ramos threatens to cause Laredo Medical Center irreparable harm going forward by diverting business away from Laredo Medical Center, improperly disclosing Confidential Information, infringing upon its Goodwill and/or further disrupting Laredo Medical Center's customer, employment, and contractual relationships. Moreover, Ramos's access to Laredo Medical Center's Confidential Information, including its operational and marketing strategies, methodologies, pricing, bidding, and referral sources, places him at an unfair advantage and in an unfair position of competition. It is inevitable that Ramos will disclose Laredo Medical Center's Confidential Information by working in violation of his contractual restrictions.

47. The harm to Laredo Medical Center is imminent and irreparable because it is impossible to determine, at this juncture, exactly how much harm Ramos's breach and/or threatened breach of the Agreement has already caused and will cause in the future.

## V.   CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
### Breach of Employment Agreement Against Defendant Ramos

48. Laredo Medical Center repeats and realleges the allegations contained in the foregoing paragraphs as if fully set forth herein.

49. The Agreement between Laredo Medical Center and Ramos is a valid and enforceable contract.

50. Ramos agreed to a reasonable noncompetition covenant in consideration for an offer of employment and access to Laredo Medical Center's Confidential Information.

51. Laredo Medical Center fully performed its contractual obligations under the Employment Agreement.

52. Ramos has breached, or threatens to breach, his individual obligations by directly competing with Laredo Medical Center, just down the street from Laredo Medical Center's affiliated primary care practice, well within the Restricted Area and during the Restricted Period, in violation of the non-competition restrictive covenant.

53. These actions by Ramos constitute a breach of the Agreement.

54. The competitive advantages Ramos is accessing, by virtue of his breach of the non-competition covenant, are enormous and the damage to Laredo Medical Center irreparable.

55. Laredo Medical Center is seeking monetary damages in amount to be proven at trial, as well as injunctive relief to prevent further harm.

### SECOND CLAIM FOR RELIEF
**Tortious Interference with Existing Contract**
**Against Defendants Adira Health and Adira Physician Partners**

56. Laredo Medical Center repeats and realleges the allegations contained in the foregoing paragraphs as if fully set forth herein.

57. Laredo Medical Centered into a valid and enforceable Agreement with Ramos.

58. Based on information and belief, Adira Health and Adira Physician Partners willfully, knowingly and intentionally solicited and hired Ramos, and continue to employ Ramos, despite knowing of the non-competition provision in the Agreement, that Ramos's employment with Adira Health violates the non-competition provision, and that Ramos is actively competing with Laredo Medical Center.

59. Moreover, Adira Health and Adira Physician Partners had and have actual knowledge of the Agreement, or knowledge of facts and circumstances that should have led Adira Health and Adira Physician Partners to believe there were such an agreement between Laredo Medical Center and Ramos.

60. Despite this knowledge, Adira Health and Adira Physician Partners willfully and knowingly interfered with the Agreement and continue to do so.

61. As a result of Adira Health's and Adira Physician Partners' interference, Laredo Medical Center has suffered and will continue to suffer substantial damages, including irreparable harm.

62. Laredo Medical Center is seeking monetary damages in amount to be proven at trial, as well as injunctive relief to prevent further harm.

### THIRD CLAIM FOR RELIEF
### Civil Conspiracy

63. Laredo Medical Center repeats and realleges the allegations contained in the foregoing paragraphs as if fully set forth herein.

64. Defendants' acts were carried out by a combination of two or more persons to accomplish an unlawful purpose or to accomplish a lawful purpose by unlawful means. Upon information and belief, Defendants had a meeting of the minds on a course of action designed to harm Laredo Medical Center and to disrupt its plan to grow its affiliated primary care practices in Laredo, Texas.  One or more Defendants committed unlawful, overt acts to further this course of action.  Moreover, Laredo Medical Center has suffered injury as a proximate result of Defendants' wrongful acts.  Moreover, Defendants' conduct was intentional and malicious, which justifies an award of exemplary damages.  Defendants are jointly and severally liable for all of Laredo Medical Center's damages resulting from acts taken in furtherance of the conspiracy.

65. Accordingly, each Defendant is liable in the capacity of co-conspirators for tortious and unlawful conduct of the other Defendants as outlined above.

### FOURTH CLAIM FOR RELIEF
### Application for Preliminary and Permanent Injunction

66. Laredo Medical Center repeats and realleges the allegations contained in the foregoing paragraphs as if fully set forth herein.

67. Ramos is currently breaching the Agreement with Laredo Medical Center which is causing significant and irreparable harm to it.

68. By separate Application, Laredo Medical Center seeks to preliminarily and permanently restrain and enjoin Defendants, their attorneys, agents, servants and all other persons acting on their behalf or in concert with them from their unlawful and tortious conduct, as it is exceedingly difficult, if not impossible, for Laredo Medical Center to estimate the amount of business it has already lost because of the actions and conduct of Defendants.

69. As a result, upon completion of briefing of Laredo Medical Center's application for temporary injunction, Laredo Medical Center requests that the Court issue a temporary injunction to prohibit Defendants' continued unlawful conduct because they same will cause significant damages and irreparable harm to Laredo Medical Center.

## FIFTH CLAIM FOR RELIEF
### Reformation - Tex. Bus. Comm. Code § 15.51(c)

70. Laredo Medical Center repeats and realleges the allegations contained in the foregoing paragraphs as if fully set forth herein.

71. In the alternative, and only to the extent the Court finds that the non-competition covenant at issue contains limitations that are not reasonable and impose a greater restraint than is necessary to protect Laredo Medical Center's Confidential Information, Goodwill and other business interests, Laredo Medical Center seeks a declaratory judgment which reforms the non-competition covenant in the Agreement in a manner in which the Court finds is reasonable in terms of geography, time, and/or scope of activity to be restrained, as required under Tex. Bus. Comm. Code § 15.51(c).

## VII.   PRAYER FOR RELIEF

WHEREFORE, Laredo Medical Center prays for the following relief against Defendants:

a. That a preliminary injunction and then permanent injunction be entered restricting Ramos from entering into or continuing any kind of relationship with any entity from, within the Restricted Area, that provides the same or similar services as Laredo Medical Center and its affiliates, including Adira Health and Adira Physician Partners, for a period of two years, and/or disclosing Laredo Medical Center's and/or its affiliates' Confidential Information;

b. That Laredo Medical Center have judgment and damages against Ramos for his breaches of contract;

c. That Laredo Medical Center have judgment and damages against Adira Health and Adira Physician Partners for their tortious interference with contract;

d. That Laredo Medical Center be awarded reasonable and necessary attorneys' fees and costs incurred through the date of judgment, together with conditional awards of attorneys' fees in the event of appeal;

e. That Laredo Medical Center be awarded post-judgment interest at the maximum rate allowable by law on all amounts awarded; and

f. That Laredo Medical Center be awarded such other and further relief to which it may be justly entitled.

Respectfully submitted this 24th day of October, 2022.

By: */s/ Kevin Koronka*

**GONZALEZ CASTILLO MOYA, L.L.P.**
Edward Castillo *(FN: 38007)*
Ezequiel "Zeke" Moya, Jr. (*FN: 2649227*)
1317 E. Quebec Avenue
McAllen, Texas 78501
(956) 618-0115
(956) 618-0445 *facsimile*
ecastillo@valleyfirm.com

**HUSCH BLACKWELL, L.L.P.**

Kevin Koronka
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 *facsimile*
Kevin.Koronka@HuschBlackwell.com

**COUNSEL FOR PLAINTIFF**