# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| LAREDO TEXAS HOSPITAL COMPANY, LP d/b/a LAREDO MEDICAL CENTER<br><br>*Plaintiff,*<br><br>v.<br><br>GERARDO RAMOS, ADIRA HEALTH, LLC, and ADIRA PHYSICIAN PARTNERS, PLLC<br><br>*Defendants.* | CIVIL ACTION NO. 5:22-CV-00103 |

## JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Laredo Texas Hospital Company, LP d/b/a Laredo Medical Center ("Laredo Medical Center" or "Plaintiff") and Defendants Gerardo Ramos, Adira Health, LLC, and Adira Physician Partners, PLLC (collectively "Defendants"), by and through their undersigned counsel, jointly and respectfully move the Court to approve and enter the attached stipulated Final Judgment and Permanent Injunction attached as Exhibit A which, consistent with the Joint Notice of Settlement [Dkt. 37] previously filed, will finally dispose of this case and Plaintiff's claims against Defendants, subject to the Court retaining jurisdiction to enforce the Final Judgment and Permanent Injunction. As grounds for this joint request, the parties state as follows:

1. On October 24, 2022 Plaintiff filed this action against Defendants, seeking injunctive relief and damages related to Defendant Gerardo Ramos' alleged breach of the 2022

Incentive Compensation Plan and Long-Term Cash Incentive Plan Award Agreement between him and Laredo Medical Center.

2. On December 23, 2022, the Court entered an order granting Plaintiff's application for a preliminary injunction.

3. Following the entry of the Court's order, the parties met and reached a settlement agreement to resolve the claims in this litigation.

4. Pursuant to the settlement agreement, the parties consent to the entry of the stipulated Final Judgment and Permanent Injunction attached hereto as Exhibit A.

5. Entry of the stipulated Final Judgment and Permanent Injunction will resolve all claims that were asserted or could have been asserted in these proceedings by the parties, except the Court will retain jurisdiction of the matter for purposes of enforcement of the Permanent Injunction. Laredo Medical Center and the Defendants consent and agree to the entry of this Final Judgment and Permanent Injunction and agree that its terms are fair, just, and equitable.

6. Federal Rule of Civil Procedure 65 sets forth the requirements that every order granting an injunction must satisfy. The parties agree and submit that the Court has jurisdiction to enter the requested permanent injunction and that it meets all applicable requirements.

Accordingly, Plaintiff and Defendants jointly respectfully request that the Court approve and enter the attached stipulated Final Judgment and Permanent Injunction.

Respectfully submitted,

By: */s/ Kevin Koronka*

**GONZALEZ CASTILLO MOYA, L.L.P.**
Edward Castillo *(FN: 38007)*
Ezequiel "Zeke" Moya, Jr. (*FN: 2649227*)
1317 E. Quebec Avenue
McAllen, Texas 78501
(956) 618-0115
ecastillo@valleyfirm.com

**HUSCH BLACKWELL, L.L.P.**
Kevin Koronka
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
Kevin.Koronka@HuschBlackwell.com

**COUNSEL FOR PLAINTIFF**

By: */s/ Carlos Flores*

**WHITWORTH CIGARROA, P.L.L.C.**
Carlos Flores
602 E. Calton Rd, #201
Laredo, TX 78041
(956) 727-4441
(956) 727-2629 *facsimile*
cflores@wctexlaw.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure to all counsel of record on the 9th day of March, 2023.

/s/ Kevin Koronka
Kevin Koronka
Counsel for Laredo Medical Center