Case 5:22-cv-00103   Document 40   Filed on 03/24/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
March 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **LAREDO TEXAS HOSPITAL COMPANY, LP,** § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 5:22-CV-00103 |
| **GERARDO RAMOS,** *et al.*, § § § | |
| Defendants. § | |

## AGREED JUDGMENT

Pending before the Court is a Joint Motion for Entry of Stipulated Final Judgment and Permanent Injunction (Dkt. 39) filed by Plaintiff Laredo Texas Hospital Company, LP d/b/a Laredo Medical Center and Defendants Gerardo Ramos, Adira Health, LLC, and Adira Physician Partners, PLLC (collectively, the "Parties"). In this Motion (Dkt. 39), the Parties advised the Court that they have reached a settlement agreement to resolve the claims in this litigation. (Dkt. 39 at 2.) Per the Parties' agreement as expressed in this Motion (Dkt. 39) and as shown by the signatures of their respective counsel, it is hereby:

**ORDERED, ADJUDGED and DECREED** that this Court has jurisdiction over the subject matter and all Parties to this action. It is further,

**ORDERED, ADJUDGED and DECREED** that Gerardo Ramos ("Ramos") is permanently restrained and enjoined from entering into or continuing any relationship with any person or entity which provides the same or similar services as Laredo Medical Center and/or its affiliates (including Laredo Physician Associates) within a 50-mile radius (the "Restricted Area")

of 1700 E. Saunders Street, Laredo, Texas 78041 prior to December 31, 2024 (the "Restricted Period"). It is further,

**ORDERED, ADJUDED and DECREED** that Ramos is permanently restrained and enjoined from violating the terms of the 2022 Incentive Compensation Plan and Long-Term Cash Incentive Plan Award Agreement between him and Laredo Medical Center by using, divulging, or continuing to use or divulge, Laredo Medical Center's confidential information, including, but not limited to, its marketing information and business growth strategy concerning primary care clinics. It is further,

**ORDERED, ADJUDED and DECREED** that during the Restricted Period, the Defendants and/or any entity or person under their direct or indirect control shall not, within the Restricted Area: (1) open new health care clinics, (2) provide any services which compete with Laredo Medical Center, or (3) solicit or accept new patients to any primary care clinic, similar facility, or any other facility which provides the same or similar services as Laredo Medical Center and/or is affiliates. It is further,

**ORDERED, ADJUDED and DECREED** that the Parties shall pay their own costs, expenses, and attorneys' fees, including costs of the Court. It is further,

**ORDERED, ADJUDED and DECREED** that the Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Final Judgment and Permanent Injunction. It is further,

**ORDERED, ADJUDED and DECREED** that this Order fully and finally disposes of all claims between Plaintiff and Defendants. Any relief not granted herein is DENIED.

The Court will issue a separate Final Judgment.

IT IS SO ORDERED.

SIGNED this March 24, 2023.

_____
Diana Saldaña
United States District Judge