Case 5:22-cv-00103   Document 41   Filed on 03/27/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **LAREDO TEXAS HOSPITAL COMPANY, LP,** § § § | | |
| Plaintiff, | § § | |
| VS. | § § | **CIVIL ACTION NO. 5:22-CV-00103** |
| **GERARDO RAMOS**, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On March 24, 2023, the Court granted the Parties' Joint Motion for Entry of Stipulated Final Judgment and Permanent Injunction (Dkt. 40). For the reasons stated in the Court's Order (Dkt. 40), it is hereby ORDERED that the Clerk of the Court TERMINATE this action and any pending motions. In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." FED. R. CIV. P. 58.

The Court hereby enters this FINAL JUDGMENT.

SIGNED this March 27, 2023.

_____
Diana Saldaña
United States District Judge